## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| JON R. DEUTSCH, | § |
| | § CIVIL ACTION NO. 1:15-CV-1114-LY |
| Plaintiff,, | § |
| | § |
| VS. | § |
| | § |
| BROADDUS PROPERTIES, LTD., | § |
| | § |
| Defendant. | § |

---

### NOTICE OF SETTLEMENT

---

TO THE HONORABLE LEE YEAKEL, UNITED STATES DISTRICT JUDGE:

The parties wish to inform the Court that the instant lawsuit and the disputes arising out of the issues in controversy have been settled. The parties are currently finalizing documents reflecting their settlement agreement, and Plaintiff will submit an agreed motion to dismiss with prejudice within forty-five (45) days.


Dated:   March 7, 2016                 Respectfully submitted,

For Plaintiff Jon R. Deutsh

/s/ Omar W. Rosales
Omar W. Rosales

Texas Bar No. 24053450
Western District No. 690657
THE ROSALES LAW FIRM, LLC
PO Box 6429
Austin, Texas 78762-6429
(512) 520-4919 Tel
(512) 309-5360 Fax
omar@owrosales.com

AGREED TO:

MᴄGɪɴɴɪs, Lᴏᴄʜʀɪᴅɢᴇ & Kɪʟɢᴏʀᴇ, L.L.P.

/s/ Stephanie N. Duff-O'Bryan

Don H. Magee
State Bar No. 12811800
dmagee@mcginnislaw.com
Stephanie N. Duff-O'Bryan
State Bar No. 24087448
sduffobryan@mcginnislaw.com
600 Congress Ave., Suite 2100
Austin, Texas 78701
Telephone: (512) 495-6045
Fax: (512) 505-6345

*Attorneys for Defendant Broaddus Properties, Ltd.*

## CERTIFICATE OF SERVICE

I, Omar W. Rosales, do hereby certify that this NOTICE OF SETTLEMENT was served upon all attorneys of record via the TXW_USDC case filing system on March 7, 2016.

/s/ Omar W. Rosales
Omar W. Rosales